IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    10-cv-00631-DME-MJW

ROBERT BLACKMORE, and
JUDITH ANNE BLACKMORE,

Plaintiff(s),

v.

POLARIS INDUSTRIES, INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Entry of Protective Order (docket no. 16) is GRANTED as follows finding good cause shown.  The written Stipulated Protective Order (docket nol. 16-1) is APPROVED as amended in paragraphs 11 and 12 and made an Order of Court.

Date:  February 10, 2011