# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 10-cv-00631-DME-MJW

ROBERT BLACKMORE and
JUDITH BLACKMORE,

      Plaintiffs,

v.

POLARIS INDUSTRIES, INC., a foreign corporation,

      Defendant.

---

### ORDER RESETTING FINAL TRIAL PREPARATION CONFERENCE
---

      The final trial preparation conference set for Monday, November 21, 2011, at 10:00 a.m. is vacated and that conference is reset for Wednesday, November 23, 2011, at 10:00 a.m. All other deadlines set by the Court's order dated March 29, 2011 (Doc. 21) will remain the same, including the jury trial set to begin on November 28, 2011.

      DATED: October 26, 2011.

                                           BY THE COURT:

                                           *s/ David M. Ebel*

                                           David M. Ebel
                                           United States Circuit Judge