# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| Robert Blackmore and Judith Anne Blackmore, | Case No. 10-cv-00631 DME/MJW |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| vs. | |
| Polaris Industries Inc., a foreign corporation, | |
| Defendant. | |

---

Upon the stipulation of the parties, the above-captioned matter is hereby dismissed with prejudice and on the merits and without costs and disbursements to any party.

Dated this 22nd day of November, 2011.

BY THE COURT:

*s/ David M. Ebel*

Judge of District Court

ND: 4824-4826-1134