# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| Robert Blackmore and Judith Anne Blackmore,<br><br>Plaintiffs,<br><br>vs.<br><br>Polaris Industries Inc., a foreign corporation,<br><br>Defendant. | Case No. 10-cv-00631 DME/MJW<br><br>**ORDER OF DISMISSAL** |

___

Upon the stipulation of the parties, the above-captioned matter is hereby dismissed with prejudice and on the merits and without costs and disbursements to any party.

Dated this 22nd day of November, 2011.

BY THE COURT:

*s/ David M. Ebel*

Judge of District Court

ND: 4824-4826-1134